| | |
|---|---|
| 1  McGREGOR W. SCOTT<br>   United States Attorney<br>2  ELLEN V. ENDRIZZI<br>   Assistant U.S. Attorney<br>3  501 I Street, Suite 10-100<br>   Sacramento, California  95814<br>4  Telephone: (916) 554-2716 |  |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SEIZURE OF<br><br>2004 FORD EXPEDITION | No. 2:06-SW-338 DAD<br><br>**APPLICATION TO UNSEAL SEIZURE WARRANT AND ITS SUPPORTING DOCUMENTS IN REDACTED FORM<br>AND [~~proposed~~] ORDER** |

On November 8, 2006, the Honorable Dale A. Drozd issued seizure warrant number 2:06-SW-338 DAD and sealed it and its supporting documents until further order of the Court. Recently, a federal grand jury issued two indictments relating to this matter, case numbers 2:08-cr-93 FCD and 2:08-cr-116 LKK. The United States now respectfully requests that the above-captioned file be unsealed so that its contents may be revealed in discovery.

However, because the Affidavit of Christopher S. Fitzpatrick in Support of Seizure Warrant contains sensitive financial and victim information, the United States requests that this Court order the Clerk to file publicly a redacted version of the affidavit, which the

///

///

1

1  United States will provide to the Clerk forthwith.
2  Dated: March 24, 2008

                              Respectfully submitted,

                              McGREGOR W. SCOTT
                              United States Attorney

                    By:  _/s/ Ellen V. Endrizzi_
                         ELLEN V. ENDRIZZI
                         Assistant U.S. Attorney

## O R D E R

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the United States' Motion To Unseal the documents filed in case number 2:06-SW-338 DAD is GRANTED.

IT IS FURTHER ORDERED that, when making these documents available to the public, the Clerk of the Court must substitute the redacted version of the Affidavit of Christopher S. Fitzpatrick in Support of Seizure Warrant, as provided by the United States, for the original affidavit.

DATED: March 24, 2008

                              _/s/ Edmund F. Brennan_
                              HONORABLE EDMUND F. BRENNAN
                              United States Magistrate Judge